IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE SOLTERO,<br><br>    Defendant.<br>_____/ | No. CR 13-00007 SI<br><br>**ORDER RE MOTION FOR AN EVIDENTIARY HEARING** |

Now before the Court is defendant Jose Soltero's motion to suppress statements based on involuntariness, or in the alternative, for an evidentiary hearing.

"[A] defendant in a criminal case is deprived of due process of law if his conviction is founded, in whole or in part, upon an involuntary confession, without regard for the truth or falsity of the confession . . . ." *Lego v. Twomey*, 404 U.S. 477, 483 (1972) (citation omitted). When a defendant raises the issue of voluntariness with respect to his confession, he is entitled to have the issue decided by a tribunal other than the convicting jury. *Jackson v. Denno*, 378 U.S. 368, 391, n.19 (1964). That tribunal must fully resolve the constitutional issue, "including the resolution of disputed facts upon which the voluntariness issue may depend." *Id.* at 391. "When the initial determination is to be made by the trial judge, he must resolve all of the factual conflicts upon which the voluntariness issue depends, following a full evidentiary hearing." *Wallace v. Hoker*, 441 F.2d 219, 221 (9th Cir. 1971).

Defendant argues that his statements must be suppressed because they were obtained in such a manner as to render them involuntary. The government disagrees. Both parties have given the Court

declarations in support of their positions. These declarations make clear that there are significant disputes of fact in this case.

The Court, therefore, must hold an evidentiary hearing to resolve the disputed facts and to determine the voluntariness of defendant's statements. *See Wallace*, 441 F.2d at 221. Accordingly, the motion hearing set for June 6, 2014 is hereby VACATED. The Clerk shall contact the parties to set a mutually agreeable date for the evidentiary hearing.

**IT IS SO ORDERED.**

Dated: June 2, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE