IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE SOLTERO,<br><br>    Defendant.<br>                                             / | No. CR 13-00007 SI<br><br>**ORDER RE PRODUCTION OF DOCUMENTS** |

On September 5, 2014, the Court held a status hearing in the above-captioned matter.  The parties had produced to the Court, for in-camera review, four emails that defendant believed should be produced.  The Court ruled as follows: the first three emails, attached to the government's filing as exhibits 1, 2, and 3, are not subject to production.  However, the government is ORDERED to produce the fourth email, which shall be redacted except for the two sentences referring to the author's attitude toward money (re: "lousy $2000").

**IT IS SO ORDERED.**

Dated: September 5, 2014

                                              SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE