UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE SOLTERO,<br><br>    Defendant. | Case No.  13-cr-00007-SI-1<br><br>**ORDER RE: PRODUCTION OF DEA AGENT MANUAL** |

In an order filed February 18, 2015, the Court granted defendant's motion to compel discovery and directed the government to produce the DEA Agent Manual regarding handling of confidential informants. Instead of producing the manual, the government submitted the index to the Court for *in camera* review to determine relevance.

The Court has reviewed the index, and finds that the index entries are brief and lacking in detail. Based upon the Court's review, the only sections of the manual that appear obviously irrelevant are those sections relating to foreign confidential sources. Accordingly, the Court directs the government to produce to defendant the DEA Agent Manual, excluding the sections relating to foreign confidential sources, subject to the terms of the Protective Order Re: DEA Agent's Manual.

**IT IS SO ORDERED**.

Dated: February 23, 2015

_____
SUSAN ILLSTON
United States District Judge