UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE SOLTERO,

Defendant.

Case No. 13-cr-00007-SI-1

**ORDER RE: IN CAMERA REVIEW OF DOCUMENTS**

On April 8, 2015, the Court held a hearing on the San Francisco Police Department's motion to quash a subpoena. The Court denied the motion and directed the Department to produce documents sought by the subpoena to the Court for *in camera* review. The Department has produced those documents, and the Court has reviewed them for relevance.

The Court finds that most of the documents are not relevant to any issue in this case and finds that they need not be produced to the defense. The Court orders the production, pursuant to the stipulated protective order, of documents related to a July 1, 2009 execution of a search warrant and arrests (with the names and other private information of people detained but not arrested redacted), as well as a September 13, 2010 performance appraisal of the San Francisco Police Officer.

**IT IS SO ORDERED.**

Dated: April 29, 2015

_____
SUSAN ILLSTON
United States District Judge