UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE SOLTERO,<br><br>    Defendant. | Case No. 13-cr-00007-SI-1<br><br>**ORDER RE: PLAINTIFF'S MOTION TO FILE UNDER SEAL AND RE: PENDING MOTION FOR ORDER TO SHOW CAUSE** |

Defendant's motion for an order to show cause is pending before the Court. This order addresses two matters related to that pending motion. First, plaintiff has submitted a motion to file the declaration of Dawn Auldridge, as well as the exhibits to that declaration, under seal. The Court finds that only the names and addresses of the victims should be redacted, and that the balance of the declaration and exhibits should be part of the public record. The government is directed to file the Auldridge declaration and exhibits in accordance with this order.

Second, the Court has reviewed the parties' supplemental papers regarding the administrative forfeiture of the currency and vehicle seized from defendant. The Court finds that the government has still not explained how a forfeiture charged in the indictment as a criminal forfeiture became an administrative forfeiture handled by the FBI. The Court directs the government to file a supplemental brief addressing this issue no later than **December 4, 2015.**

**IT IS SO ORDERED**.

Dated: November 23, 2015

_____
SUSAN ILLSTON
United States District Judge